1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   DARRELL MCGHEE,                           Case No. 20-cv-03407-RS (PR)
              Plaintiff,
8
9        v.                                   **ORDER REOPENING ACTION**

10  JUSTIN WNUK,
              Defendant.
11

12
13        This federal civil rights action was dismissed because the sole defendant in this

14  action, Justin Wnuk, has not been served despite several attempts to do so.  Plaintiff moves

15  to reopen on grounds that he has found Wnuk's current address.  (Dkt. No. 20.)

16        The motion to reopen is GRANTED.  (Dkt. No. 20.)  The action is REOPENED.

17  The Clerk is directed to modify the docket to reflect this.  The judgment and the order of

18  dismissal are VACATED.

19        In a separate order, the Court will review plaintiff's contentions regarding a re-

20  attempt at service.  The Clerk shall terminate all pending motions.

21        **IT IS SO ORDERED.**

22  **Dated:** March 20, 2023

23                                            _____
                                              RICHARD SEEBORG
24                                            Chief United States District Judge

25
26
27
28

United States District Court
Northern District of California